**Electronically Filed**
**Supreme Court**
**SCWC-15-0000587**
**28-MAR-2016**
**09:13 AM**

SCWC-15-0000587

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

HESELOMI V. AHOKOVI and AHOKOVI-LIZARES MOTORCARS, LLC,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000587; CASE NO. 3DCW-13-0001805)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna, Pollack, and Wilson, JJ., and
Circuit Judge Trader, in place of Nakayama, J., recused.)

The application for writ of certiorari, filed on

February 12, 2016, is hereby rejected.

DATED:  Honolulu, Hawai‘i, March 28, 2016.

Kevin P.H. Sumida, Esq.,          /s/ Mark E. Recktenwald
for petitioners

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Michael D. Wilson

                                  /s/ Rom A. Trader

